AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 25-mj-2025 |
| MYLES DARYL JOHNSON | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 11, 2025 in the county of Allegheny in the Western District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

s/ Bryan Distelrath
*Complainant's signature*

SA Bryan Distelrath, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/11/2025

*Judge's signature*

City and state: Pittsburgh, Pennsylvania   Maureen P. Kelly, US Magistrate Judge
*Printed name and title*