IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MYLES DARYL JOHNSON | Magistrate No. 25-2025 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Bryan A. Distelrath, being first duly sworn, deposes and states as follows:

**I. PURPOSE OF THIS AFFIDAVIT AND BACKGROUND OF SPECIAL AGENT WILNER**

1. This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint that on or about December 11, 2025, in the Western District of Pennsylvania, Myles Daryl JOHNSON ("JOHNSON"), the defendant, did violate laws of the United States. Specifically, JOHNSON, a convicted felon, possessed a firearm in violation of Title 18, United States Code Section 922(g)(1).

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2018. In May 2018, I was assigned to the FBI Pittsburgh Healthcare Fraud Task Force. In this capacity, I was charged with conducting federal criminal investigations of healthcare fraud. In 2021, I was assigned to the FBI's GPSSTF. In this capacity, I am charged with conducting federal criminal violent crime investigations involving the unlawful use and possession of firearms and ammunition, narcotics trafficking, and armed robberies in the Western District of Pennsylvania. During my investigative career with the FBI, I have had experience conducting physical surveillance, analyzing telephone records, interviewing witnesses,

executing search and arrest warrants, and utilizing other investigative techniques. 3. As a Special Agent with the FBI, I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7)—that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I have investigated violent street gangs and other organizations involved in drug trafficking and firearms offenses, including violations of Title 21, United States Code, Sections 841 and 846 and Title 18, United States Code, Sections 922 and 924.

## II.    PROBABLE CAUSE

5.   On December 11, 2025, Your Affiant, participated in the execution of a federal search warrant on a residence located at 312 Park Avenue, Natrona Heights, PA 15065 and on the person of JOHNSON.[1]  During the execution of the search warrant investigators recovered two firearms inside the residence.  A Charles Daly .45 caliber handgun (S/N:  CD008633), was in a black bag next to the bed in the primary bedroom.  The firearm was loaded with a magazine containing seven rounds and one in the chamber of .45 caliber ammunition.  The black bag contained numerous pieces of indicia with JOHNSON's name.  A Smith and Wesson 9mm handgun (S/N:  SBF4439) was in a microphone box that was on the top shelf of the closet in the master bedroom.  The firearm was loaded with a magazine containing sixteen rounds and one in the chamber of 9mm ammunition.  During an interview, JOHNSON told investigators that the

---

[1] The federal search warrants, docketed at 25-2015 and 25-2016, were sworn before the Honorable Magistrate Judge Maureen P. Kelly, on December 10, 2025.

firearms were his and he uses them for protection from other gang members. JOHNSON told investigators that he understood that he was prohibited from possessing and owning firearms.

6. JOHNSON is precluded from possessing firearm based upon several felony convictions to include:

a. Robbery and Criminal Conspiracy, on or about October 23, 2002, in the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0015875-2001 (sentenced to 50 days' imprisonment and 2 years' probation);

b. Possession with Intent to Deliver or Delivery of a Controlled Substance (two counts) and Intentional Possession of a Controlled Substance by Person Not Registered, on or about March 17, 2010, in the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0005199-2009 (sentenced to 18 months' Intermediate Punishment Program and two years' probation); and

c. Escape, on or about October 7, 2004 in the Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0013905-2003 (sentenced to 11.5-23 months' imprisonment);

7. In addition to JOHNSON's own statements regarding is exclusion from possessing firearms, based upon the sentences received, your affiant believes that JOHNSON is aware that these offenses were felony offenses punishable by more than one year of incarceration. Specifically, at case number CP-02-CR-0013905-2003, in 2004, JOHNSON received a sentence of 11.5-23 months incarceration years and therefore he was aware that the maximum possible penalty for the offense was greater than one year of incarceration.

8. ATF Special Agent Jonathan DuThinh advised, based upon his training and experience, that the Smith and Wesson 9mm caliber handgun and the Charles Daly .45 caliber handgun, were manufactured outside of Pennsylvania and therefore, the recovered MMP 9mm handgun bearing serial number SBF4439, and the recovered Charles Daly .45 caliber handgun bearing serial number CD008633 must have traveled via interstate or foreign commerce to arrive at the location where the firearms were recovered.

13. WHEREFORE, I respectfully request that JOHNSON, be charged with violations of 18 U.S.C § 922(g)(1), felon in possession with a firearm, on or about December 11, 2025, in the Western District of Pennsylvania relative to the MMP 9mm caliber handgun bearing serial number SBF4439 and the Charles Daly .45 caliber handgun bearing serial number CD008633, recovered from 312 Park Avenue, Natrona Heights, PA 15065.

The above information is true and correct to the best of my knowledge, information, and belief.

/s/ Bryan A. Distelrath
BRYAN A. DISTELRATH
Special Agent
Federal Bureau of Investigations

Sworn and subscribed before me,
by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A),
this 11th day of December 2025

HONORABLE MAREEN P. KELLY
United States Magistrate Judge
Western District of Pennsylvania