IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:25-mj-02025 |
| v. | ) | |
| | ) | |
| MYLES JOHNSON | ) | |

PRELIMIARY EXAMINATION AND DETENTION HEARING
Before Magistrate Judge Kezia O. L. Taylor

  Kelly Locher                                                Kaylee Jazz Raymer
Attorney(s) for government                     Attorney(s) for Defendant

Date: December 18, 2025, at 1:00 PM

Court Reporter:     Jessica Fisher

        Jeremy Howell, a Sgt in the Terentum Police Department, and a Safe Streets Task Force Officer with the FBI, is sworn and testifies. (Govt. Exhibits 1 – 13 are admitted) After cross examination argument is made as to probable cause. The Court finds that probable cause exists, and an appropriate order will be entered. The Court then addressed the issue of detention. The following exhibits were admitted: Government Exhibit 14, and Defense Exhibits A – F. Argument is made as to detention. The Court outlines the factors of the Bail Reform Act and how the facts of this case apply. The court finds that no conditions can be fashioned to reasonably assure Defendant's appearance and the or the safety of the community. The Defendant is ordered detained. An appropriate order will be entered.